Carroll C. WALLACE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75126.

Missouri Court of Appeals,
Western District.

Sept. 3, 2013.

Emmett D. Queener, Columbia, MO, for appellant.

Daniel N. McPherson, Jefferson City, MO, for respondent.

Before Division One: GARY D. WITT, Presiding Judge, THOMAS H. NEWTON, Judge and MARK D. PFEIFFER, Judge.

## ORDER

PER CURIAM:

Carroll Wallace ("Wallace") appeals from the denial of his Rule 24.035 motion following an evidentiary hearing. He argues that the court did not have authority to revoke his probation. Specifically, he claims that the revocation was during a third period of probation, and thus is prohibited by section 559.036, and also that the court imposed a second extension of probation, in violation of section 559.016. We affirm. Rule 84.16(b).